NO. 07-01-0289-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 16, 2001

______________________________

AUDREY MALONE, APPELLANT

V.

BALLY TOTAL FITNESS CORP.

AND HOUSTON HEALTH CLUBS, INC., APPELLEES

_________________________________

FROM THE 189TH DISTRICT COURT OF HARRIS COUNTY;

NO. 00-63993; HONORABLE JEFF K. WORK, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Pending before this Court is Audrey Malone’s motion to dismiss this appeal in which she represents she no longer wishes to pursue the appeal.  Without passing on the merits of the case, Malone’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(2).

Don H. Reavis

    Justice

Do not publish.